IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICOLE PETERSON,<br><br>Defendant. | 8:19CR237<br><br>**ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** |

The defendant appeared before the Court on April 1, 2021 regarding Petition for Action on Conditions of Pretrial Release [112]. Jerry Hug represented the defendant. Kimberly Bunjer represented the government. The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

The defendant denied violating release conditions (d) and 2. The defendant requested a continuance which was granted. The government requests an order of revocation and detention. A revocation and detention will be set by further order of the court.

**IT IS SO ORDERED**.

Dated this 1st day of April, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge